UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-11

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    **NOTICE OF APPEARANCE**

CHRISTOPHER ROBERT NELSON,

Defendant.


Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Michael E. Blackburn


Dated: June 30, 2026                    Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*<u>s/ Michael E. Blackburn</u>*
BY:    MICHAEL E. BLACKBURN
Assistant U.S. Attorney
600 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415
Attorney reg: 26303NE
michael.blackburn2@usdoj.gov
(612) 664-5600